## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

FILED BY _____ D.C.

JAN 15 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

JGS2020185269

Case Number: 0:19-CV-62181-FAM

Plaintiff:
**Wilhelrms Teddys Andre**

vs.

Defendant:
**Ryan T. Biro, Clayton Roberson, Cary Dejean, Thomas Jr. Nelson, Paul Hormann, William, Luis Castro individually, Capacity as a City of Sunrise Police Officers**

For:
Wilhelrms Teddys Andre
9351 NW 46th Ct
Sunrise, FL 33351

Received by COURTESY FLORIDA PROCESS SERVERS on the 29th day of November, 2019 at 5:00 pm to be served on **Ryant Biro, 10440 W Oakland Park Blvd, Sunrise, FL 33851.**

I, Louis Pardo, do hereby affirm that on the **14th day of January, 2020** at **3:38 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Martha Mcquaid** as **Court Liason** for **Ryant Biro**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Louis Pardo**
CPS #2511

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**

Our Job Serial Number: JGS-2020185269

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c