UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-62181-CIV-MORENO

WILHELRMS TEDDYS ANDRE,

        Plaintiff,

vs.

RYAN T. BIRO, CLAYTON ROBERSON,
CARY DEJEAN, THOMAS JR. NELSON,
PAUL HORMANN, WILLIAM, LUIS
CASTRO, individually, Capacity as a City of
Sunrise Police Officers,

        Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon *sua sponte* review of the record. THE COURT has considered the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Cause is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to appear at the telephonic status hearing, which was scheduled for today, July 24, 2020, at 10:30 A.M. *See* FED. R. Civ. P. 41(b) (permitting a court, in its discretion, to dismiss a case "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order."). The hearing was scheduled to determine the status of the pending motions on the docket, including the Defendants' motion to dismiss the case due to Plaintiff's egregious discovery violations at deposition. As the Court explained at the hearing, it attempted to contact the Plaintiff by email (Wt_andre@yahoo.com) and phone (646-707-9422). In fact, when the Court called the Plaintiff's phone minutes before the hearing, the recipient immediately hung up the phone. Accordingly, the Court finds Plaintiff's failure to appear at the hearing to be a willful disregard of the Court's order.

*See Reed v. Fulton Cty. Gov't*, 170 F. App'x 674, 675-76 (11th Cir. 2006) (affirming a dismissal of a case brought by a *pro se* plaintiff under Rule 41(b) for "willful disregard of the court's order.").

Accordingly, because the Plaintiff has abandoned the case and failed to comply with the rules and orders of the Court, demonstrating a willful disregard of the Court's order setting the case for a status hearing, this case is dismissed without prejudice and closed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___24___ of July 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Wilhelrms Teddys Andre
9351 NW 46th Court
Sunrise, FL 33351
PRO SE