UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-62181-CANNON/STRAUSS

WILHERMS TEDDYS ANDRE,

    Plaintiff,

v.

RYAN T. BIRO,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before me upon Defendant, Ryan T. Biro's Renewed Motion to Strike Plaintiff's Pleadings and for Monetary Sanctions ("Motion to Strike"). (DE 54). The District Court has referred this case to me for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. (DE 50). Pursuant to the Motion to Strike, I issued an Order Setting Video Motion Hearing ("Hearing"). (DE 60). Being otherwise fully advised in the matter, and for reasons stated on the record at the Hearing held on December 7, 2020, Defendant's Motion to Strike is **DENIED**.[1]

Accordingly, it is further **ORDERED** that:

1.     The parties shall work cooperatively to reschedule the deposition of non-party witness Yvonne Nolan in a manner to allow adequate time for Defendant to conduct

---

[1] At the Hearing, Mr. Andre also raised the following issues: 1) his inability to work cooperatively with Defendant to schedule mediation; and 2) Defendant's lack of response to discovery requests. Defendant asserted during the Hearing that there is no scheduling order presently in place. Thus, the Court has not yet required mediation, nor has the Court set any other scheduling deadlines. Further, Defendant specifically asserted at the Hearing that there is no discovery for which he is presently under an obligation to provide. Because these matters are not squarely before me, I decline to address them.

the deposition.

2. At any rescheduled deposition, Plaintiff may state on the record objections to questions that Defendant poses to Ms. Nolan in order to preserve the issue for later resolution by the Court, if necessary. However, Plaintiff must allow the witness to answer and shall not interfere with Ms. Nolan answering questions. Plaintiff also may not answer for the witness or suggest answers to the witness. Finally, Plaintiff shall inform Ms. Nolan that she is obligated to answer all questions asked, except to the extent that giving an answer would require her to incriminate herself.

3. Plaintiff may be subject to sanctions in the future should he interfere with Defendant's taking of properly noticed depositions.

4. The Clerk of Court shall mail a copy of this Order to *pro se* Plaintiff at the mailing address of record and shall file a notice of compliance forthwith.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of December, 2020.

*Jared Strauss*
Jared M. Strauss
United States Magistrate Judge

cc: All counsel of record