UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:19-cv-62181-AMC

WILHELRMS TEDDYS ANDRE,

    Plaintiff,

v.

RYAN T. BIRO, individually,

    Defendant.

_____/

## DECLARATION OF WARREN STOEBER

I, WARREN STOEBER, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury, as follows:

1. My name is Warren Stoeber, I am over the age of 18 and I have personal knowledge of the facts set forth herein.

2. I am currently employed as a fire fighter and emergency medical technician (EMT) with the City of Sunrise.

3. On April 3, 2017, I was dispatched at 4:27am to the parking lot of the Sawgrass Grand Hotel located at 3003 N. University Drive, in Sunrise, Florida, to evaluate an arrestee.

4. I arrived on scene at 4:33am and made contact with the arrestee who I now know to be Wilhelrms Andre.

5. I conducted a full medical assessment and evaluation of Andre on scene pursuant to my training and experience as well as the City of Sunrise's policies and procedures for responding to calls for service. A copy of my six-page ambulance record evidencing my medical assessment and evaluation is attached to this declaration as **Exhibit "A."**

6. When I made contact with Andre he was handcuffed in the back seat of Officer Ryan T. Biro's police vehicle with the air conditioner running.

7. I took Andre's heart rate and blood pressure which were within normal limits.

8. I asked Andre if he had any complaints and he stated his wrists hurt from being handcuffed. Andre had no other complaints.

9. Andre denied losing consciousness, shortness of breath, chest pain, nausea or vomiting.

10. Andre denied pain to his head, face, neck, chest, abdomen, back, and extremities. I did not observe any injuries to Andre.

11. Andre did not complain to me that he was injured, other than his sore wrists.

12. If Andre had complained of any injury, it would have been noted within my ambulance record found in Ex. A, like the complaints of wrist pain by Andre from his handcuffs.

13. I did not observe any evidence of physical injury to Andre while conducting my medical assessment and evaluation. I did not observe any bleeding, cuts, scratches, swelling, or other acute signs of injury.

14. All of Andre's vital signs were assessed and determined to be within normal limits and he was then transported from the scene by Officer Biro without further incident.

15. I did not witness any excessive force or mistreatment of Andre on scene.

**FURTHER THE DECLARANT SAYETH NAUGHT.**

I declare under penalty of perjury that the foregoing is true and accurate.

Dated this ____ day of March 2021.

_____
WARREN STOEBER

# EXHIBIT A





**City of Sunrise Fire Rescue**
10770 West Oakland Park Blvd.
SUNRISE, FL 33351
954-746-3400

**AMBULANCE RECORD**

42610245 (wstoeber)
Page 1 of 6

## Trip Information

| Dispatch ID# | Date | | Responding Unit | Called By |
|---|---|---|---|---|
| FSN17040300003908 | 04-03-2017 | | RESCUE 59 | Bystander |
| **Dispatched As** | **Found To Be** | | **Patient Disposition** | |
| Sick Person | Sick Person | | Treated, Transported by EMS | |

**Fire Incident Number**
03908

| Dispatched | Enroute | Amb On Loc | Pt Contact | Depart Loc | Arrive Hosp | In Service |
|---|---|---|---|---|---|---|
| 04:27 | 04:29 | 04:33 | 04:34 | 04:43 | 04:50 | 05:08 |

| Pickup | Destination |
|---|---|
| S-Scene of Accident / Acute Ev<br>3003 N University Dr<br>SUNRISE, FL 33322 | Westside Regional<br>8201 W Broward Blvd<br>PLANTATION, FL 33324 |
| **Response To Scene**<br>911 Response (EMS Scene Call)<br>Lights & Sirens | **Response From Scene**<br>Lights & Sirens |
| **Map Page:** 59A | **Miles Transported** 3.32 |
| **County** BROWARD | **County** BROWARD |
| | **Destination Reason** Law Enforcement Choice |
| | **Number of Patients Transported** 1 |

## Patient Information

| Patient Name | Gender | Ethnicity |
|---|---|---|
| Andre, Wilhelrms | Male | Unknown |
| **Patient Residence**<br>10570 Nw 21st St<br>SUNRISE FL 33322 | **Date of Birth**<br>06-11-1982<br>(34 YO) | **DL**<br>A536898822110<br>FLORIDA |
| **Phone (H)** | **Phone (W)** | **SSN** *****4473 |

## Patient Information

| Allergies | Unknown |
|---|---|
| Medications | Unknown |
| History | None |
| Chief Complaint | Sick Person; Onset of event occurred 1 hours Prior to Calling EMS. |

## Cardiac

| Cardiac Arrest | Etiology | Resuscitation Attempt |
|---|---|---|
| No | | |

Stoeber, Warren (EMT-P) Crew #1
Greier, Darren (EMT-P) Crew #2
Rodriguez, George (EMT-P) Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017



| City of Sunrise Fire Rescue | AMBULANCE RECORD |
|---|---|
| 10770 West Oakland Park Blvd.<br>SUNRISE, FL 33351<br>954-746-3400 | 42610245 (wstoeber)<br>Page 2 of 6 |

### Initial Patient Assessment
An ALS Assessment was Performed and Warranted

| Primary Symptom | Other Symptoms |
|---|---|
| Pain | |

| LOC | BP | SpO2 | ETCO2 |
|---|---|---|---|
| AAOx3 | 132/70<br>Automated Cuff | 100% RA | |

| Breath Sounds Upper | Breath Sounds Lower | | Resp Rate & Effort | Pulses |
|---|---|---|---|---|
| Left: Clear<br>Right: Clear | Left: Clear<br>Right: Clear | | 16<br>Normal | Left: Radial<br>Right: Radial |

| Pulse Rate & Rhythm | Pupils | Capillary Refill |
|---|---|---|
| 86<br>Regular | Left: PERRL<br>Right: PERRL | Instant |

| Skin Color | Skin Moisture | Skin Temp | Skin Appearance |
|---|---|---|---|
| Normal | Normal | Warm | Normal |

| Blood Glucose | Mental Status | Neurological Status |
|---|---|---|
| | Normal | Normal |

### Glasgow Coma Score

| GCS Total | Eye Opening | Verbal Response | Motor Response | RTS |
|---|---|---|---|---|
| 15 | 4 - Opens Eyes spontaneously | 5 - Oriented | 6 - Obeys Commands | 12 |

### Sequence Chart

| Date | Time | Event | By | Description |
|---|---|---|---|---|
| 04-03-2017 | 04:27 | Dispatched | | |
| 04-03-2017 | 04:29 | Enroute | | |
| 04-03-2017 | 04:33 | On Location | | |
| 04-03-2017 | 04:34 | Patient Contact | | |
| 04-03-2017 | 04:40 | Vitals | | Imported from Physio monitor<br>BP 132/70 Automated Cuff Map = 91, Pulse 101, Pulse Rhythm: Regular, Respiratory Effort: Regular |
| 04-03-2017 | 04:43 | Departed Location | | |
| 04-03-2017 | 04:50 | Arrived Destination | | |
| 04-03-2017 | 05:08 | In Service | | |

### Monitor Events
Case 20170403043848004291 2958

| Events ||| Vitals |||
|---|---|---|---|---|---|
| Time | Event | Description | Time | Vital | Description |
| | | | 04:40:03 | Pulse Rate | 101 BPM |
| | | | 04:40:03 | NIBP | 132/70 (MAP = 91) |

*Warren R. Stoeber* (signature)

Stoeber, Warren (EMT-P)   Greier, Darren (EMT-P)   Rodriguez, George (EMT-P)
Crew #1                   Crew #2                  Crew #3

Patient Name: Andre, Wilhelms | Incident Date: 04-03-2017



| City of Sunrise Fire Rescue | AMBULANCE RECORD |
|---|---|
| 10770 West Oakland Park Blvd.<br>SUNRISE, FL 33351<br>954-746-3400 | 42610245 (wstoeber)<br>Page 3 of 6 |

### Patient Assessment at Destination

| LOC | BP | SpO2 | ETCO2 | | |
|---|---|---|---|---|---|
| AAOx3 | 130/70<br>Automated Cuff | 99% RA | | | |
| **Breath Sounds Upper** | **Breath Sounds Lower** | | **Resp Rate & Effort** | **Pulses** | |
| Left: Clear<br>Right: Clear | Left: Clear<br>Right: Clear | | 18<br>Normal | Left: Radial<br>Right: Radial | |
| **Pulse Rate & Rhythm** | **Pupils** | **Capillary Refill** | | | |
| 84<br>Regular | Left: PERRL<br>Right: PERRL | Instant | | | |
| **Skin Color** | **Skin Moisture** | **Skin Temp** | **Skin Appearance** | | |
| Normal | Normal | Warm | Normal | | |
| **Blood Glucose** | **Mental Status** | **Neurological Status** | | | |
| | Normal | Normal | | | |

### Department Specifics

| Was DOSE/safe sleep envelope given? | No |
|---|---|

### Narrative

S- Arrived on scene to a male and SPD. PD states they are arresting this male and he was being very voistorous for about an hour non stop. PD states they put him in the back of the car w/ A/C and he was continually sweating for about 30 min and they were concerned. Pt is c/o his wrist from the handcuffs. PD state he was may have been smoking weed because he had it on him. Pt denies loc, sob, cp, n/v.

O- Pt is a 34 y/o male found sitting in the back of PD car handcuffed AAOx3. Pts head, face, neck, chest, abd, back, and extremities w/n/l.

A- Possible bruised wrist

P- Pts v/s assessed and w/n/l, pt transported in custody to WSR w/ no addt'l problems.

Stoeber, Warren (EMT-P)     Greier, Darren (EMT-P)     Rodriguez, George (EMT-P)
Crew #1                     Crew #2                     Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017





**City of Sunrise Fire Rescue**
10770 West Oakland Park Blvd.
SUNRISE, FL 33351
954-746-3400

**AMBULANCE RECORD**

42610245 (wstoeber)
Page 4 of 6

### Image 1/2

## (Not for Patient Diagnosis)

| | | Initial Rhythm | 4:39:56 AM | SpO2-PR | ---- |
|---|---|---|---|---|---|
| Name: | | | | SpCO | — |
| ID: | 040317042848 | | | SpMet | — |
| Patient ID: | | | | | |
| Incident ID: | | | | | |
| Location: | | | | | |
| Age: | Sex: | | | | |
| 4/3/2017 | | | | | |

Initial Rhythm

II x1.0

III Lead Off x1.0

20

CO2 FilterLine Off
CO2 (mmHg)

0
Physio-Control Inc

25mm/sec
ECG 1-30Hz  Paddles 2 5-30Hz

SUNRISE-04 R59 FIRE RESCUE 3305808-006 LP1542912953

Stoeber, Warren (EMT-P)   Greier, Darren (EMT-P)   Rodriguez, George (EMT-P)
Crew #1                   Crew #2                  Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017



**City of Sunrise Fire Rescue**
10770 West Oakland Park Blvd.
SUNRISE, FL 33351
954-746-3400

**AMBULANCE RECORD**

42610245 (wstoeber)
Page 5 of 6

### Image 2/2

City of Sunrise Fire-Rescue
**Representative Signature Form**

Patient Name: Wilhelrms T Andre          Transport Date: 4/3/2017

**AUTHORIZED REPRESENTATIVE SIGNATURE**
Complete this form only if the patient is physically or mentally incapable of signing

Circumstances that make it impractical for the patient to sign: In Custody
Signed By: EMS Personnel (Pt Unable/Pt Rep unavail/unwilling to Sign)
Relationship to Patient: Ambulance

I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid, or any other payor for any services provided to the patient by **City of Sunrise Fire Rescue** now or in the past, (or in the future, where permitted). By signing below, I acknowledge that I am one of the listed authorized signers. **My signature is not an acceptance of financial responsibility for the services rendered.**

| Representative Signature | warren stoeber<br>Printed Name | 4/3/2017<br>Date |
|---|---|---|

Address of Representative: 10440 west oakland park blvd. sunrise, fl 33351

| Witness Signature | Printed Name | Date |
|---|---|---|

---

Stoeber, Warren (EMT-P)     Greier, Darren (EMT-P)     Rodriguez, George (EMT-P)
Crew #1                     Crew #2                     Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017





| | City of Sunrise Fire Rescue<br>10770 West Oakland Park Blvd.<br>SUNRISE, FL 33351<br>954-746-3400 | **AMBULANCE RECORD**<br>42610245 (wstoeber)<br>Page 6 of 6 |
|---|---|---|

**Signatures**

| | |
|---|---|
| [signature] | Medic #1 |

**Signatures**

| | |
|---|---|
| [signature] | Wilhelrms T Andre<br>EMS Personnel (Pt Unable/Pt Rep unavail/unwilling to Sign)<br>In Custody<br>Ambulance |

**Signatures**

| | |
|---|---|
| [signature] | killian<br>Facility Representative<br>4/3/17 4:57 AM |

[signature]

Stoeber, Warren (EMT-P) Crew #1 | Greier, Darren (EMT-P) Crew #2 | Rodriguez, George (EMT-P) Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017

| | City of Sunrise Fire Rescue<br>PO Box 864591<br>Orlando, FL 32886-4591 | | Account #<br>42610245 |
|---|---|---|---|

### Itemized Statement

| Patient | Trip |
|---|---|
| Andre, Wilhelrms<br>7435 Nw 44th St #1206<br>LAUDER HILL FL  33319 | Date of Service: 04-03-2017<br>Dispatch ID Number: FSN17040300003908<br>Pickup: 3003 N University Dr<br>Destination: Westside Regional |

### Itemized Charges

| Description | Unit Cost | Units | Amount |
|---|---|---|---|
| ALS1 Emergency Base Rate | 617.00 | 1 | 617.00 |
| ALS Emergency Mileage | 10.00 | 4 | 40.00 |

### Account Detail

| Transaction | Scan # | Post Date | Amount |
|---|---|---|---|

### Account Summary

| Total Charges<br>$657.00 | Total Payments<br>$0.00 | Assign/Adjust<br>$0.00 | Balance Due<br>$657.00 |
|---|---|---|---|

Printed on 09-05-2017