UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:19-cv-62181-AMC

WILHELRMS TEDDYS ANDRE,

    Plaintiff,

v.

RYAN T. BIRO, individually,

    Defendant.

_____/

**DEFENDANT, RYAN T. BIRO'S NOTICE OF ELECTRONIC FILING OF DEFENDANT'S TRIAL EXHIBITS IN COMPLIANCE WITH LOCAL RULE 5.3(b)(2)**

COMES NOW, Defendant RYAN T. BIRO ("Biro"), by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Southern District, and this Court's order [DE 116], hereby electronically files Biro's trial exhibits:

**INDEX OF EXHIBITS**

| **Exhibit Number:** | **Brief Description of Exhibit** | **Page No.:** |
|---|---|---|
| D-1 | Complaint Affidavit - redacted | 1-3 |
| D-2 | Incident/Investigation Report – redacted | 4-11 |
| D-3 | City of Sunrise Fire Rescue Records | 12-18 |
| D-4 | Plaintiff's Booking Photo | 19 |
| D-5 | Plaintiff's certified felony conviction | 20 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of October 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY: */s/ W. Hampton Johnson IV*
W. HAMPTON JOHNSON IV
FLA. BAR NO. 98607
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
whjohnson@jambg.com/young@jambg.com

## SERVICE LIST

**BRIDGETTE M. DOMINGOS, ESQ.**
DOMINGOS LAW, LLC
705 W. Bay Drive, #705
Largo, FL 33770
(727) 755-8448 (Phone)
bridgette@domingoslaw.com

**APRIL S. GOODWIN, ESQ.**
THE GOODWIN FIRM
801 W. Bay Drive, #705
Largo, Fl 33770
(727) 316-5333 (Phone)
april@goodwin-firm.com

**W. HAMPTON JOHNSON IV, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
whjohnson@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)