☐ **COMPLAINT AFFIDAVIT**
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FORM

BROWARD COUNTY
ARREST # *SN290*

OBTS #

| Filing Agency | Offense Report | Local ID# | FDLE | FBI | SS# |
|---|---|---|---|---|---|
| SUNRISE PD | 42-1704-018755 | | | | 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 |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| ANDRE | WILHELRMS | TEDDYS | | | |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| B | M | 5'11 | 200 | BALD | BROW | DARK | 34 | 06/11/1982 | FL, United States Of America |

| Permanent Address | Scars, Marks, TT |
|---|---|
| 10570 NW 21ST ST, SUNRISE, FL 33322 | |

| Residence Type: (1) City ☒ County (3) Florida (4) Out of State | Local Address: 10570 NW 21ST ST, SUNRISE, FL 33322 | Place of Employment | Length |
|---|---|---|---|

| How long defendant in Broward County: UNK | Breathalyser By/CCN | Reading | Place of Arrest 3003 N UNIVERSITY DR | Date/Time Arrested 04/03/2017 03:00 | Arresting Officer(s) CCN BIRO, RYAN T. (3724) |
|---|---|---|---|---|---|

| Officer Injured: Y☐ N☒ | Unit PATR | Zone 4204 | Beat | Shift BRAV | Trans. Unit | PMD: Y☐ N☒ | Transporting Officer/CCN | Pick-up Time | Time Arrived/BSO |
|---|---|---|---|---|---|---|---|---|---|

| TYPE / ACTIVITY: M / P | Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium/Deriv. | P-Paraphernalia/Equipment S-Synthetic U-Unknown Z-Other | Activity: N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/Produce/Cultivate K-Dispense/Distribute Z-Other | Indication of: Alcohol Influence Drug Influence | Y ☐ ☒ | N ☒ ☐ | UK ☐ ☐ |

Attach Defendant's Photo

Defendant's Vehicle Make: | Type: | Year: | Color: | VIN #
Vehicle Towed To: | Tag #: | Other identifiers or remarks:

Name of victim(s) (If corporation, exact legal name and state of incorporation):
*State Of Florida*

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | [redacted] | | |

**Probable Cause Affidavit**

Before me this date personally appeared *BIRO, RYAN T. (3724)* who being first duly sworn deposes and says that on *3* day of *April*, (year) *2017* at *3003 N UNIVERSITY DR, SUNRISE, FL 33322* (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

On 04/03/17 at 0240 while on patrol in the parking lot of the Sawgrass Grand Hotel, 3003 N University Dr., Sunrise Fl, I observed a black Mercedes (GA: CDJ6921) backed into a parking spot with its interior light on. There have been multiple vehicle burglaries in the same parking lot. The parking spot was in the rear of the hotel with no other vehicles nearby.

\* \* \* Continued \* \* \*

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated therein are true and correct to the best of my knowledge and belief.

_____ | *BIRO, RYAN T. (3724)* | *Canine*
Officer/Affiant's Signature | Officer's Name/CCN | Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this ___*3*___ day of ___*April*___, ___*2017*___ (year),
by ___*OFFICER BIRO, RYAN T.*___ (name and title), who is personally known to me or has produced
_____ as identification.

_____ | *SERGEANT / 3663*
Notary Public, Deputy Clerk of the Court, or Assistant State Attorney | Title/Rank and CCN

*ARROYO, DARWIN*
Print, Type or Stamp Commissioned Name of Notary Public | (SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida
BSO DB-#2 (Revised 05/00)

FIRST APPEARANCE/ARREST FORM

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a))

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

**COURT COPY**


EXHIBIT Def 1

☐ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☒ ARREST FORM

BROWARD COUNTY
ARREST # SN290

OBTS #

| Filing Agency SUNRISE PD | Offense Report 42-1704-018755 | Local ID # | FDLE | FBI | SS # 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 |
|---|---|---|---|---|---|

| Defendant's Last Name ANDRE | First WILHELRMS | Middle TEDDYS | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | * * * SEE PAGE 1 * * * | | |

**Probable Cause Affidavit**

Before me this date personally appeared __BIRO, RYAN T. (3724)__ who being first duly sworn deposes and says that on __3__ day of __April__, (year) __2017__ at __3003 N UNIVERSITY DR, SUNRISE, FL 33322__ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

I parked my marked police vehicle in the parking space next to the vehicle and approached on foot. As I approached the vehicle I observed a black male occupant in the driver's seat and smelled a heavy scent of burnt marijuana emanating from the vehicle. There was also visible smoke emanating from the vehicle. I identified myself to the defendant as a police officer and asked if he was alright. The defendant replied "why?".

While talking to the defendant I observed a portable ash tray in the center console with what appeared to be a partially smoked marijuana cigarette in a tobacco wrapping. I explained to the defendant due to the heavy scent or marijuana that I would be searching the vehicle for contraband. The defendant immediately became irate and began to reach throughout the vehicle.

The defendant started to reach underneath the driver's seat and continuously screamed that he was going to call his aunt. I ordered the defendant to show his hands and place them on the steering wheel. The defendant initially complied and removed his Florida ID from his wallet. As I reached my hand out to inspect the ID, the defendant snatched his hand away and said "nah, that's not how its gonna go.".

Once the defendant pulled his ID away from me, he again reached his other hand under the seat. I again ordered the defendant to show his hands. The defendant did not initially comply. Fearing for my safety I immediately physically removed the defendant from the vehicle and placed him in handcuffs.

I recovered the suspected cannabis from the center console and conducted a search of the vehicle.

* * * Continued * * *

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature

Officer's Name/CCN: BIRO, RYAN T. (3724)

Officer's Division: Canine

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this __3__ day of __April__, __2017__ (year),
by __OFFICER BIRO, RYAN T.__ (name and title), who is personally known to me or has produced _____ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

Title/Rank and CCN: SERGEANT / 3663

(SEAL)

ARROYO, DARWIN
Print, Type or Stamp Commissioned Name of Notary Public

Seventeenth Judicial Circuit
Broward County
State of Florida
BSO DB-#2a (Revised 05/00)

FIRST APPEARANCE/ARREST FORM

**COURT COPY**

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

| | ☐ **COMPLAINT AFFIDAVIT** | | ☒ ARREST FORM |
|---|---|---|---|
| BROWARD COUNTY ARREST # *SN290* | PROBABLE CAUSE AFFIDAVIT CONTINUATION | OBTS # | |

| Filing Agency *SUNRISE PD* | Offense Report *42-1704-018755* | Local ID # | FDLE | FBI | SS # *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* |
|---|---|---|---|---|---|
| Defendant's Last Name *ANDRE* | First *WILHELRMS* | Middle *TEDDYS* | SUF | Alias/Street Name | Citizenship |

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | \* \* \* *SEE PAGE 1* \* \* \* | | |

**Probable Cause Affidavit**

Before me this date personally appeared __*BIRO, RYAN T. (3724)*__ who being first duly sworn deposes and says that on __*3*__ day of __*April*__, (year) __*2017*__ at __*3003 N UNIVERSITY DR, SUNRISE, FL 33322*__ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

While conducting the search I discovered a loaded Glock .45 handgun underneath of the same seat the defendant continuously reached for. The firearm was loaded with four (4) rounds of ammunition in the magazine, and one (1) round in the chamber.

The burned joint contained a small amount of a green leafy substance that field tested positive for Cannabis.

The defendant was identified via Florida ID (Wilhelrms Andre B/M 06/11/1982). An NCIC/FCIC check revealed that the defendant has an active warrant out of Broward County for VOP NO BOND ORG CHG POSSESSION OF MARIJUANA OVER 20 GRAMS (WNO-12002881CF10A). The warrant was confirmed via SPD Teletype (WNO- 201703935).

[redacted]

The defendant was arrested for the listed offenses and transported to BSO Main Jail for processing.

I swear the above statement is correct and true to the best of my knowledge and belief.

| Officer/Affiant's Signature | *BIRO, RYAN T. (3724)* Officer's Name/CCN | *Canine* Officer's Division |
|---|---|---|

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this __*3*__ day of __*April*__, __*2017*__ (year),
by __*OFFICER BIRO, RYAN T.*__ (name and title), who is personally known to me or has produced _____ as identification.

_____
Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

*SERGEANT / 3663*
Title/Rank and CCN

*ARROYO, DARWIN*
Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

**COURT COPY**

BSO DB-#2a (Revised 05/00)

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency