# INCIDENT/INVESTIGATION REPORT

| Agency Name | Sunrise Police Department |
|---|---|
| ORI | FL 0062700 |
| Case# | 42-1704-018755 |
| Date / Time Reported | 04/03/2017 03:00 Mon |
| Last Known Secure | 04/03/2017 02:59 Mon |
| At Found | 04/03/2017 03:00 Mon |

**Location of Incident:** 3003 N University Dr, Sunrise FL 33322-
**Premise Type:** Parking Lot / Garage
**Zone/Tract:** 4204

## INCIDENT DATA

| # | Crime Incident(s) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|
| #1 | [redacted] | [redacted] | | | | |
| #2 | [redacted] | | | | | |
| #3 | [redacted] | | | | | |

MO:

## VICTIM

# of Victims: 1  Type: STATE  Injury:  Domestic: N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | State Of Florida | 1,2,3 | | | | | N/A | |

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:  Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

Type:  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:  Mobile Phone:

Type:  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:  Mobile Phone:

## PROPERTY

L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 19 | EVID | $350.00 | | 1 | GUNS | .45/GLOCK/36 | WFE779 |

Officer/ID#: BIRO, R. T. (K9) (3724)
Invest ID#: FERNANDEZ, K. M. (CI) (3711)
Supervisor: ARROYO, D. (PATR) (3663)

| Status | Complainant Signature | Case Status | | Case Disposition | | Page 1 |
|---|---|---|---|---|---|---|
| | | Cleared By Arrest | 04/03/2017 | Cleared By Arrest | 04/03/2017 | |

R_CS1IBR   Printed By: SN1427, SN1427   Sys#: 654642   12/17/2019 14:29

**EXHIBIT** Def 2

## Incident Report Additional Offense List

*Sunrise Police Department*

OCA: *42-1704-018755*

Offense List (Continued)   Page 2

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| #4 | WARRANT / PICK-UP ORDER | | WARR | Com |

## INCIDENT/INVESTIGATION REPORT

*Sunrise Police Department*

Case # *42-1704-018755*

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | *E* | *EVI* | *0.500* | *GR* | *MARIJUANA* | *Poss* |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *None*

### INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 42-1704-018755     *Sunrise Police Department*

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Sunrise Police Department | | OCA<br>42-1704-018755 |
|---|---|---|
| Victim<br>*Society* | Offense<br>*WEAPONS VIOLATIONS - ALL OTHERS* | Date / Time Reported<br>*Mon 04/03/2017 03:00* |



3003 N University Drive

On 04/03/17 at 0240 while on patrol in the parking lot of the Sawgrass Grand Hotel, 3003 N University Dr., Sunrise Fl, I observed a black Mercedes backed into a parking spot with its interior light on. The parking spot was in the rear of the hotel with no other vehicles nearby. There have been multiple vehicle burglaries in the same parking lot.

I parked my marked police vehicle in the parking space next to the vehicle and approached on foot. As I approached the vehicle I observed a black male occupant in the driver's seat and smelled a heavy scent of burnt marijuana emanating from the vehicle. There was also visible smoke emanating from the vehicle. I identified myself to Andre as a police officer and asked if he was alright. Andre replied "Why?"

While talking to Andre I observed a portable ash tray in the center console with what appeared to be a partially smoked marijuana cigarette in a tobacco wrapping. I explained to Andre due to the heavy scent of marijuana, I would be searching the vehicle for contraband. Andre immediately became irate and began to reach throughout the vehicle.

Andre started to reach underneath the driver's seat and continuously screamed that he was going to call his aunt. I ordered Andre to show his hands and place them on the steering wheel. Andre initially complied and removed his Florida ID from his wallet. As I reached my hand out to inspect the ID, Andre snatched his hand away and said "Nah, that's not how its gonna go."

Once Andre pulled his ID away from me, he again reached his other hand under the seat. I again ordered Andre to show his hands. Andre did not initially comply. Fearing for my safety I immediately physically removed Andre from the vehicle and placed him in handcuffs.

I recovered the suspected cannabis from the center console and conducted a search of the vehicle.

While conducting the search I discovered a loaded Glock .45 handgun underneath the same seat Andre continuously reached for. The firearm was loaded with four (4) rounds of ammunition in the magazine, and one (1) round in the chamber and readily accessible. The firearm was not in any sort of case or holster.

The burned joint contained a small amount of a green leafy substance that field tested positive for Cannabis.

Andre was identified via Florida ID (Wilhelrms Andre B/M 06/11/1982). An NCIC/FCIC check revealed that Andre has an active warrant out of Broward County for VOP NO BOND ORG CHG POSSESSION OF MARIJUANA OVER 20 GRAMS (WNO-12002881CF10A). The warrant was confirmed via SPD Teletype (WNO- 201703935).



I advised Miranda Rights to Andre via handheld text and attempted to determine if he had a room at the hotel or had any reason to be parked in the rear of the parking lot. Andre did not answer any questions and instead continued to yell and act extremely belligerent and irate.

| | REPORTING OFFICER NARRATIVE | OCA |
|---|---|---|
| Sunrise Police Department | | 42-1704-018755 |
| Victim<br>*Society* | Offense<br>*WEAPONS VIOLATIONS - ALL OTHERS* | Date / Time Reported<br>*Mon 04/03/2017 03:00* |

Andre was arrested for the listed offenses and transported to BSO Main Jail for processing.

The vehicle was towed by Westway Towing. The firearm and Cannabis was submitted into SPD Evidence.

## Incident Report Suspect List

*Sunrise Police Department*

OCA: *42-1704-018755*

| 1 | Name (Last, First, Middle) ANDRE, WILHELRMS TEDDYS | Also Known As | Home Address 10570 NW 21ST ST SUNRISE, FL 33322 646-707-9477 |
|---|---|---|---|
|  | Business Address |  |  |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *06/11/1982* | *34* | *B* | *M* | *N* | *511* | *200* | *BAL* | *BRO* | *DBR* | *A536898822110 FL* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model |  | Color | Caliber | Dir of Travel |
|  |  |  |  |  |  |  | Mode of Travel |
| VehYr/Make/Model |  | Drs | Style | Color | Lic/St |  | VIN |

Notes                                   Physical Char

## Incident Report Related Property List

Sunrise Police Department

OCA: 42-1704-018755

| # | Property Description | Make | Model | Caliber |
|---|---|---|---|---|
| 1 | GUNS | GLOCK | 36 | .45 |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| Black | WFE779 | $350.00 | 1.000 | EA | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 04/03/2017 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

*GLOCK 36 .45 HANDGUN WITH 2 MAGAZINES AND FIVE (5) ROUNDS OF .45 AMMUNITION*

| # | Property Description | Make | Model | Caliber |
|---|---|---|---|---|
| 2 | MARIJUANA | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| Green | | $0.00 | 0.500 | GR | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 04/03/2017 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

*.5g green leafy substance field test positive for marijuana in tobacco leaf wrap inside of portable ashtray.*

**CASE SUPPLEMENTAL REPORT**                      Printed: 12/17/2019 14:29

*Sunrise Police Department*                                                    OCA: **421704018755**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *04/03/2017*
**Offense:** *WEAPONS VIOLATIONS - ALL OTHERS*

**Investigator:** *MEWBRON, J. W. (3422)*   **Date / Time:** *04/17/2017 12:14:30, Monday*
**Supervisor:** *PALACIO, E. (3523)*   **Supervisor Review Date / Time:** *04/19/2017 10:57:17, Wednesday*
**Contact:**   **Reference:** *Follow Up*

On 4-13-2017, I was assigned this case. On 4-17-2017, I completed a BSO firearms submission form and BSO property receipt, so that the firearm would be tested for function.

A review of the UCR guidelines pertaining to this case reveals that the offender has been arrested and charged with the offense. This case will be presented to the Broward County State Attorney's Office for final disposition.

This case is CLEARED BY ARREST.

_____   _____
Investigator Signature           Supervisor Signature