

| City of Sunrise Fire Rescue<br>10770 West Oakland Park Blvd.<br>SUNRISE, FL 33351<br>954-746-3400 | AMBULANCE RECORD<br>42610245 (wstoeber)<br>Page 1 of 6 |
|---|---|

### Trip Information

| Dispatch ID#<br>FSN17040300003908 | Date<br>04-03-2017 | | Responding Unit<br>RESCUE 59 | Called By<br>Bystander |
|---|---|---|---|---|
| Dispatched As<br>Sick Person | Found To Be<br>Sick Person | | Patient Disposition<br>Treated, Transported by EMS | |

Fire Incident Number
03908

| Dispatched<br>04:27 | Enroute<br>04:29 | Amb On Loc<br>04:33 | Pt Contact<br>04:34 | Depart Loc<br>04:43 | Arrive Hosp<br>04:50 | In Service<br>05:08 |
|---|---|---|---|---|---|---|

| Pickup | Destination |
|---|---|
| S-Scene of Accident / Acute Ev<br>3003 N University Dr<br>SUNRISE, FL 33322 | Westside Regional<br>8201 W Broward Blvd<br>PLANTATION, FL 33324 |
| Response To Scene: 911 Response (EMS Scene Call) Lights & Sirens | Response From Scene: Lights & Sirens |
| Map Page: 59A | Miles Transported: 3.32 |
| County: BROWARD | County: BROWARD |
| | Destination Reason: Law Enforcement Choice |
| | Number of Patients Transported: 1 |

### Patient Information

| Patient Name<br>Andre, Wilhelrms | Gender<br>Male | Ethnicity<br>Unknown |
|---|---|---|
| Patient Residence<br>10570 Nw 21st St<br>SUNRISE FL 33322 | Date of Birth<br>06-11-1982<br>(34 YO) | DL<br>A536898822110<br>FLORIDA |
| Phone (H) | Phone (W) | SSN<br>*****4473 |

### Patient Information

| Allergies | Unknown |
|---|---|
| Medications | Unknown |
| History | None |
| Chief Complaint | Sick Person; Onset of event occurred 1 hours Prior to Calling EMS. |

### Cardiac

| Cardiac Arrest<br>No | Etiology | Resuscitation Attempt |
|---|---|---|

Stoeber, Warren (EMT-P)  Greier, Darren (EMT-P)  Rodriguez, George (EMT-P)
Crew #1              Crew #2                Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017

EXHIBIT Def 3



| City of Sunrise Fire Rescue<br>10770 West Oakland Park Blvd.<br>SUNRISE, FL 33351<br>954-746-3400 | AMBULANCE RECORD<br>42610245 (wstoeber)<br>Page 2 of 6 |
|---|---|

## Initial Patient Assessment
An ALS Assessment was Performed and Warranted

| Primary Symptom | Other Symptoms |
|---|---|
| Pain | |

| LOC | BP | SpO2 | ETCO2 |
|---|---|---|---|
| AAOx3 | 132/70<br>Automated Cuff | 100% RA | |

| Breath Sounds Upper | Breath Sounds Lower | | Resp Rate & Effort | Pulses | |
|---|---|---|---|---|---|
| Left: Clear<br>Right: Clear | Left: Clear<br>Right: Clear | | 16<br>Normal | Left: Radial<br>Right: Radial | |

| Pulse Rate & Rhythm | Pupils | Capillary Refill | | | |
|---|---|---|---|---|---|
| 86<br>Regular | Left: PERRL<br>Right: PERRL | Instant | | | |

| Skin Color | Skin Moisture | Skin Temp | Skin Appearance | |
|---|---|---|---|---|
| Normal | Normal | Warm | Normal | |

| Blood Glucose | Mental Status | Neurological Status | |
|---|---|---|---|
| | Normal | Normal | |

### Glasgow Coma Score

| GCS Total | Eye Opening | Verbal Response | Motor Response | RTS |
|---|---|---|---|---|
| 15 | 4 - Opens Eyes spontaneously | 5 - Oriented | 6 - Obeys Commands | 12 |

### Sequence Chart

| Date | Time | Event | By | Description |
|---|---|---|---|---|
| 04-03-2017 | 04:27 | Dispatched | | |
| 04-03-2017 | 04:29 | Enroute | | |
| 04-03-2017 | 04:33 | On Location | | |
| 04-03-2017 | 04:34 | Patient Contact | | |
| 04-03-2017 | 04:40 | Vitals | | Imported from Physio monitor<br>BP 132/70 Automated Cuff Map = 91, Pulse 101, Pulse Rhythm: Regular, Respiratory Effort: Regular |
| 04-03-2017 | 04:43 | Departed Location | | |
| 04-03-2017 | 04:50 | Arrived Destination | | |
| 04-03-2017 | 05:08 | In Service | | |

### Monitor Events
Case 201704030438480042912958

| Events | | | Vitals | | |
|---|---|---|---|---|---|
| Time | Event | Description | Time | Vital | Description |
| | | | 04:40:03 | Pulse Rate | 101 BPM |
| | | | 04:40:03 | NIBP | 132/70 (MAP = 91) |

*[signature]*

Stoeber, Warren (EMT-P)  Greier, Darren (EMT-P)  Rodriguez, George (EMT-P)
Crew #1                  Crew #2                  Crew #3

Patient Name: Andre, Wilhelms | Incident Date: 04-03-2017



| | City of Sunrise Fire Rescue<br>10770 West Oakland Park Blvd.<br>SUNRISE, FL 33351<br>954-746-3400 | AMBULANCE RECORD<br>42610245 (wstoeber)<br>Page 3 of 6 |
|---|---|---|

## Patient Assessment at Destination

| LOC | BP | SpO2 | ETCO2 | |
|---|---|---|---|---|
| AAOx3 | 130/70<br>Automated Cuff | 99% RA | | |
| **Breath Sounds Upper** | **Breath Sounds Lower** | | **Resp Rate & Effort** | **Pulses** |
| Left: Clear<br>Right: Clear | Left: Clear<br>Right: Clear | | 18<br>Normal | Left: Radial<br>Right: Radial |
| **Pulse Rate & Rhythm** | **Pupils** | **Capillary Refill** | | |
| 84<br>Regular | Left: PERRL<br>Right: PERRL | Instant | | |
| **Skin Color** | **Skin Moisture** | **Skin Temp** | **Skin Appearance** | |
| Normal | Normal | Warm | Normal | |
| **Blood Glucose** | **Mental Status** | **Neurological Status** | | |
| | Normal | Normal | | |

## Department Specifics

| Was DOSE/safe sleep envelope given? | No |
|---|---|

### Narrative

S- Arrived on scene to a male and SPD. PD states they are arresting this male and he was being very voistorous for about an hour non stop. PD states they put him in the back of the car w/ A/C and he was continually sweating for about 30 min and they were concerned. Pt is c/o his wrist from the handcuffs. PD state he was may have been smoking weed because he had it on him. Pt denies loc, sob, cp, n/v.

O- Pt is a 34 y/o male found sitting in the back of PD car handcuffed AAOx3. Pts head, face, neck, chest, abd, back, and extremities w/n/l.

A- Possible bruised wrist

P- Pts v/s assessed and w/n/l, pt transported in custody to WSR w/ no addt'l problems.

---

*[signature]*

Stoeber, Warren (EMT-P)    Greier, Darren (EMT-P)    Rodriguez, George (EMT-P)
Crew #1                    Crew #2                   Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017



6/11/2021 SCAN0015.JPG

**City of Sunrise Fire Rescue**
10770 West Oakland Park Blvd.
SUNRISE, FL 33351
954-746-3400

**AMBULANCE RECORD**

42610245 (wstoeber)
Page 4 of 6

**Image 1/2**

# (Not for Patient Diagnosis)

| | | | | | |
|---|---|---|---|---|---|
| Name: | | Initial Rhythm | 4:39:58 AM | SpO2-PR | ---/--- |
| ID: | 040317042848 | | | SpCO | -- |
| Patient ID: | | | | SpMet | -- |
| Incident ID: | | | | | |
| Location: | | | | | |
| Age: | Sex: | | | | |
| 4/3/2017 | | | | | |

▼ Initial Rhythm

25mm/sec
ECG 1-30Hz Paddles 2.5-30Hz

SUNRISE-04 RB9 FIRE RESCUE

Stoeber, Warren (EMT-P)
Crew #1

Greier, Darren (EMT-P)
Crew #2

Rodriguez, George (EMT-P)
Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017



| City of Sunrise Fire Rescue | AMBULANCE RECORD |
|---|---|
| 10770 West Oakland Park Blvd.<br>SUNRISE, FL 33351<br>954-746-3400 | 42610245 (wstoeber)<br>Page 5 of 6 |

### Image 2/2

#### City of Sunrise Fire-Rescue
#### Representative Signature Form

Patient Name: Wilhelrms T Andre                     Transport Date: 4/3/2017

**AUTHORIZED REPRESENTATIVE SIGNATURE**

Circumstances that make it impractical for the patient to sign: In Custody
Signed By: EMS Personnel (Pt Unable/Pt Rep unavail/unwilling to Sign)
Relationship to Patient: Ambulance

I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid, or any other payor for any services provided to the patient by **City of Sunrise Fire Rescue** now or in the past, (or in the future, where permitted). By signing below, I acknowledge that I am one of the listed authorized signers. **My signature is not an acceptance of financial responsibility for the services rendered.**

_____ | warren stoeber | 4/3/2017
Representative Signature | Printed Name | Date

Address of Representative: 10440 west oakland park blvd. sunrise, fl 33351

_____ | _____ | _____
Witness Signature | Printed Name | Date

---

Stoeber, Warren (EMT-P)     Greier, Darren (EMT-P)     Rodriguez, George (EMT-P)
Crew #1                     Crew #2                     Crew #3

Patient Name: Andre, Wilhelrms | Incident Date: 04-03-2017

| | City of Sunrise Fire Rescue<br>10770 West Oakland Park Blvd.<br>SUNRISE, FL 33351<br>954-746-3400 | AMBULANCE RECORD<br>42610245 (wstoeber)<br>Page 6 of 6 |
|---|---|---|
| **Signatures** | | |
| *[signature]* | | Medic #1 |
| **Signatures** | | |
| *[signature]* | | Wilhelms T Andre<br>EMS Personnel (Pt Unable/Pt Rep unavail/unwilling to Sign)<br>In Custody<br>Ambulance |
| **Signatures** | | |
| *[signature]* | | killian<br>Facility Representative<br>4/3/17 4:57 AM |

*[signature]*

Stoeber, Warren (EMT-P)　　Greier, Darren (EMT-P)　　Rodriguez, George (EMT-P)
　Crew #1　　　　　　　　　　Crew #2　　　　　　　　　　Crew #3

Patient Name: Andre, Wilhelms | Incident Date: 04-03-2017



|  | City of Sunrise Fire Rescue<br>PO Box 864591<br>Orlando, FL 32886-4591 |  |  | Account #<br>42610245 |
|---|---|---|---|---|
| **Itemized Statement** ||||||

| Patient | Trip |
|---|---|
| Andre, Wilhelrms<br>7435 Nw 44th St #1206<br>LAUDER HILL FL  33319 | Date of Service: 04-03-2017<br>Dispatch ID Number: FSN17040300003908<br>Pickup: 3003 N University Dr<br>Destination: Westside Regional |

**Itemized Charges**

| Description | Unit Cost | Units | Amount |
|---|---|---|---|
| ALS1 Emergency Base Rate | 617.00 | 1 | 617.00 |
| ALS Emergency Mileage | 10.00 | 4 | 40.00 |

**Account Detail**

| Transaction | Scan # | Post Date | Amount |
|---|---|---|---|

**Account Summary**

| Total Charges | Total Payments | Assign/Adjust | Balance Due |
|---|---|---|---|
| $657.00 | $0.00 | $0.00 | $657.00 |

Printed on 09-05-2017