

EXHIBIT

Def 4