17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY

DIVISION: CRIMINAL

DIVISION: FA

## JUDGMENT

THE STATE OF FLORIDA VS.

DEFENDANT: Wilhems Andre

☐ Probation Violator

CASE NUMBER: 12-2881 CF10A

State Attorney: N. Ocon

Court Reporter: C. Tran

The Defendant, Wilhems Andre, being personally before this Court represented by H. Apellaniz, his attorney of record, and having:

(Check applicable provision)
☐ Been tried and found guilty of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☑ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Possession of Cannabis | 893.03(1)(c) / 893.13(6)(a) | 3F | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

The Defendant is hereby ordered to pay the sum of Fifty dollars ($50.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).
Fines imposed as part of a sentence pursuant to F.S. 777.083 are to be recorded on the Sentence page(s).

(Check if applicable)
Stayed & Withheld Imposition of Sentence (☑) The court hereby stays and withholds the imposition of sentence as to count(s) I and places the Defendant on probation for a period of 12 months probation under the supervision of the Department of Corrections (conditions of probation set forth in a separate order)

Sentence Deferred Until Later Date ( ) The court hereby defers imposition of sentence until _____ (Date)

(☑) Pay $225.00 Trust Fund pursuant to F.S. 938.05 (1) (b) (c)

Count(s) _____ : _____ DAYS/MONTHS BROWARD COUNTY JAIL W/CREDIT _____ DAYS TIME SERVED.

The Defendant in open court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing indigence.

JUDGE

I hereby certify that a true and correct copy of the above and foregoing was served on the State Attorney ( ) hand delivery ( ) U.S. mail and to the Defense Attorney by: ( ) hand delivery ( ) U.S. mail this _____ day of JUL 02 20__

Deputy Clerk

ICC 112-65 JUDGMENT

EXHIBIT Def 5

Revised 7-2-08