UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-62181-CIV-CANNON/Hunt

**WILHELRMS TEDDYS ANDRE,**

    Plaintiff,

v.

**RYAN T. BIRO,**

    Defendant.
_____/

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation regarding Defendant's Motion to Tax Costs (the "Report") [ECF No. 141], filed on February 18, 2022. Trial in this matter ended with a final judgment in favor of Defendant Ryan T. Biro and against Plaintiff Wilhelrms Teddys Andre [ECF No. 117]. On November 5, 2021, Defendant filed a Motion to Tax Costs (the "Motion") [ECF No. 122], seeking $5,560.63 in taxable costs. Plaintiff filed a Response in Opposition to the Motion [ECF No. 127], and Defendant filed a Reply [ECF No. 129]. Pursuant to the Court's Order of Referral [ECF No. 125], Magistrate Judge Patrick M. Hunt considered the Motion and issued the Report [ECF No. 141], recommending that the Motion be granted in part and that Defendant be allowed to recover $3,515.05 from Plaintiff.

The Report states that the parties shall file any objections within fourteen days of being served with a copy of the Report [ECF No. 141 p. 9]. Neither party did so. Upon review, the Court finds the Report to be well reasoned and correct. The Court therefore agrees with the

CASE NO. 19-62181-CIV-CANNON/Hunt

analysis in the Report and concludes that the Motion for Attorneys' Fees should be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 141] is **ACCEPTED**.

2. Defendant's Motion for Attorney's Fees [ECF No. 122] is **GRANTED IN PART AND DENIED IN PART**.

3. Defendant is entitled to recover the following costs, for a total award of $3,515.05:

    a. Service of Process fees in the amount of $210.

    b. Court Reporter and Transcript Fees in the amount of $3,298.05.

    c. Fees for Copies of Records in the amount of $7.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of March 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record